UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:13cv867 (WOB-KLL)

DERRICK KIDD                                                  PETITIONER

VS.                          JUDGMENT

WARDEN, LONDON
CORRECTIONAL INSTITUTION                                      RESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #21), and there being no objections filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #21) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #1), is **DISMISSED** with prejudice. A certificate of appealability shall not issue with respect to any of the claims alleged herein. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this judgment would not be taken in "good faith" and petitioner should therefore not be permitted to proceed *in forma pauperis*.

This 20th day of May, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge